IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Lester W | Case Number: 06 B 07900 |
|---|---|---|
| | Harris, LaTina C | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,697.00 | |
| Secured: | | 5,711.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,578.99 |
| Trustee Fee: | | 406.56 |
| Other Funds: | | 0.00 |
| Totals: | 7,697.00 | 7,697.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,000.00 | 1,578.99 |
| 2. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 3. | Honor Finance | Secured | 10,019.81 | 5,711.45 |
| 4. | Internal Revenue Service | Priority | 4,323.77 | 0.00 |
| 5. | Economy Furniture & Interiors Inc | Unsecured | 24.37 | 0.00 |
| 6. | HSBC Taxpayer Financial Services | Unsecured | 53.07 | 0.00 |
| 7. | Galway Financial Service | Unsecured | 44.50 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 302.30 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 1,634.87 | 0.00 |
| 10. | T Mobile USA | Unsecured | 23.15 | 0.00 |
| 11. | Turbo Title Loans | Unsecured | 39.77 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 108.00 | 0.00 |
| 13. | Marquette Consumer Finance | Unsecured | 1,009.82 | 0.00 |
| 14. | Capital One | Unsecured | 115.05 | 0.00 |
| 15. | T Mobile USA | Unsecured | 17.73 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 592.59 | 0.00 |
| 17. | Jefferson Capital | Unsecured | 92.23 | 0.00 |
| 18. | Credit Acceptance Corp | Unsecured | 845.91 | 0.00 |
| 19. | Verizon Wireless | Unsecured | 125.66 | 0.00 |
| 20. | Midland Credit Management | Unsecured | 18.48 | 0.00 |
| 21. | Sprint Nextel | Unsecured | 40.69 | 0.00 |
| 22. | Sprint Nextel | Unsecured | 86.39 | 0.00 |
| 23. | B-Line LLC | Unsecured | 31.30 | 0.00 |
| 24. | Asset Acceptance | Unsecured | 212.29 | 0.00 |
| 25. | Nicor Gas | Unsecured | 240.48 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Lester W | Case Number: 06 B 07900 |
| --- | --- | --- |
| | Harris, LaTina C | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 7/5/06 |

| # | Creditor | Type | Amount | Paid |
| --- | --- | --- | ---: | ---: |
| 26. | Global Payments | Unsecured | 102.50 | 0.00 |
| 27. | AT&T Wireless | Unsecured | | No Claim Filed |
| 28. | Bank Of America | Unsecured | | No Claim Filed |
| 29. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 30. | Comcast | Unsecured | | No Claim Filed |
| 31. | NATCREADJ | Unsecured | | No Claim Filed |
| 32. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 33. | Direct Tv | Unsecured | | No Claim Filed |
| 34. | Hawkinson Ford | Unsecured | | No Claim Filed |
| 35. | Comcast | Unsecured | | No Claim Filed |
| 36. | Illiana Financial Credit Union | Unsecured | | No Claim Filed |
| 37. | Nationwide Cassel | Unsecured | | No Claim Filed |
| 38. | LVNV Funding | Unsecured | | No Claim Filed |
| 39. | Matteson School District 12 | Unsecured | | No Claim Filed |
| 40. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 41. | SBC | Unsecured | | No Claim Filed |
| 42. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 43. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 44. | Orkin Pest Conrol | Unsecured | | No Claim Filed |
| 45. | Town & Country Motorists | Unsecured | | No Claim Filed |
| 46. | TCF Bank | Unsecured | | No Claim Filed |
| 47. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,104.73 | $ 7,290.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| ---: | ---: |
| 5% | 30.00 |
| 4.8% | 124.13 |
| 5.4% | 199.93 |
| 6.5% | 52.50 |
| | _____ |
| | $ 406.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: